United States District Court
District of Connecticut
FILED AT    NEW HAVEN
April 13, 2015
Roberta D. Tabora, Clerk
By P. A. Villano
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIA AMARO, ANGELA
HERNANDEZ, ROBERTO MORALES,
PAULA PUNTIER SANCHEZ, and
ALEXIS AMARO,

    Plaintiffs,

v.

COLLADO RESTAURANT CORP. and
RUBEN COLLADO,

    Defendants.

Civil Action No.: 3:14-cv-1142-JBA

APRIL 10, 2015

## ORDER

AND NOW, THIS 10th DAY OF April, 2015, the Court having reviewed the pleadings in this case and considered applicable case law, and for good cause shown, it is ORDERED, ADJUDGED and DECREED that:

1. The settlement of the parties: (a) is fair to all parties; (b) reasonably resolves a bona fide disagreement between the parties with regard to the merits of Plaintiffs Maria Amaro, Angela Hernandez, Roberto Morales, Paula Puntier Sanchez, and Alexis Amaro's claims; and (c) demonstrates a good faith intention by the parties that Plaintiffs' claims for liability and damages be fully and finally resolved, and not relitigated in whole or in part at any point in the future. The Agreement is therefore APPROVED by the Court.

2. This lawsuit and the claims of Plaintiffs Maria Amaro, Angela Hernandez, Roberto Morales, Paula Puntier Sanchez, and Alexis Amaro are DISMISSED WITH PREJUDICE in their entirety.

4.

/s/
_____
UNITED STATES DISTRICT JUDGE

Agreed:

FOR PLAINTIFFS MARIA AMARO,
ANGELA HERNANDEZ, ROBERTO
MORALES, PAULA PUNTIER SANCHEZ,
and ALEXIS AMARO

FOR DEFENDANTS COLLADO
RESTAURANT and RUBEN COLLADO

/s/ Jason R. Stanevich
_____
Jason R. Stanevich (ct28125)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
jstanevich@littler.com

/s/ Mariusz Kurzyna
Mariusz Kurzyna (ct28940)
LAW OFFICE OF MARIUSZ KURZYNA
130 West Main Street
P. O. Box 3104
New Britain, CT 06050
Telephone: (860) 357-6070
Facsimile: (860) 606-9560
mariusz@kurzynalaw.com

5.